WILLIAM S. KEILEY as Receiver, etc., Respondent, *v.* CHARLES DUSENBURY, Impleaded, etc., Appellant.

(Argued March 31, 1879 ; decided April 15, 1879.)

DECIDED on the facts in the case.

*Samuel Hand* for appellant.

*D. M. Porter* for respondent

MILLER, J., reads for affirmance.
All concur, except RAPALLO, J., absent.
Judgment affirmed.